# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 1:13-cr-385-03-WSD-LTW |
| GERARDO MILIAN NAGERA, | |
| Defendant. | |

## ORDER

This case is before the Court on the Magistrate Judge's Report and Recommendation [113] recommending accepting Defendant's plea of guilty tendered on July 21, 2014. No objections to the Report and Recommendation [96] have been filed.

Accordingly,

**IT IS HEREBY ORDERED** that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [113] and **ACCEPTS** Defendant's plea of guilty to the single count Indictment.

**SO ORDERED** this 10th day of September, 2014.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE